IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO: 1:26-CV-00210

| | | |
|---|---|---|
| DEMENTRICE MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | **AND SUBSTITUTION OF** |
| | ) | **COUNSEL PURSUANT TO** |
| THE BUDD GROUP, INC. | ) | **LOCAL RULE 83.1(E)(1)** |
| | ) | |
| Defendant. | ) | |

To the Clerk of Court and all parties of record, now comes attorneys Janelle Lyons and Evan Gungor. Attorney Lyons is duly admitted to practice before this Court and is appearing in this case for Plaintiff Dementrice Marshall. Attorney Lyons is aware of and will comply with all deadlines in the case, including scheduled trial or hearings. Attorney Gungor hereby provides notice of his withdrawal pursuant to Local Rule 83.1(e)(1) and is hereby terminated from the case.

Respectfully submitted,

*/s/ Evan Gungor*  
Evan Gungor (60902)  
**SPITZ, THE EMPLOYEE'S LAW FIRM**  
5540 Centerview Drive  
Suite 200B  
Raleigh, NC 27606  
Phone: (216) 291-4744  
Fax: (216) 291-5744  
evan.gungor@spitzlawfirm.com

*/s/ Janelle Lyons*  
Janelle Lyons (35421)  
**SPITZ, THE EMPLOYEE'S LAW FIRM**  
5540 Centerview Drive  
Suite 200B  
Raleigh, NC 27606  
Phone: (216) 291-4744  
Fax: (216) 291-5744  
evan.gungor@spitzlawfirm.com  
Janelle.lyons@spitzlawfirm.com

*Attorneys for Plaintiff*  
*Dementrice Marshall*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2026 a copy of the foregoing was served

via electronic mail to all parties of record.

*/s/ Janelle Lyons.*

Janelle Lyons (35421)
**SPITZ, THE EMPLOYEE'S LAW FIRM**